# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:22-CV-22289-JEM

Plaintiff: **JUAN CARLOS GIL**
vs.
Defendant: **EL TABLON INVESTMENTS, INC., MILLER'S ALE HOUSE, INC. D/B/A MILLER'S KENDALL ALE HOUSE and SS KENDALL DRIVE, LLC D/B/A SMOOTHIE SPOT KENDALL DRIVE,**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74TH COURT
#3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 22nd day of July, 2022 at 12:27 pm to be served on **EL TABLON INVESTMENT, INC C/O ATRIUM REGISTERED AGENTS, INC AS REGISTERED AGENT, 8950 S.W 74TH COURT, SUITE 1901, MIAMI, FL 33156**.

I, ROBERTO LINDSAY, do hereby affirm that on the **25th day of July, 2022** at **1:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LESLIE SHARE, ESQ** as **EMPLOYEE** for **EL TABLON INVESTMENT, INC C/O ATRIUM REGISTERED AGENTS, INC AS REGISTERED AGENT** at the address of: **8950 S.W 74TH COURT, SUITE 1901, MIAMI, FL 33156** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: WHITE, Height: 6'0, Weight: 300, Hair: GRAY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

ROBERTO LINDSAY
C.P.S. 1094

**Lindsay Legal Services, Inc**
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2022001661

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i