# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:22-CV-22289-JEM

Plaintiff: **JUAN CARLOS GIL**
vs.
Defendant: **EL TABLON INVESTMENTS, INC., MILLER'S ALE HOUSE, INC. D/B/A MILLER'S KENDALL ALE HOUSE and SS KENDALL DRIVE, LLC D/B/A SMOOTHIE SPOT KENDALL DRIVE,**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74TH COURT
#3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 22nd day of July, 2022 at 12:27 pm to be served on **SS KENDALL DRIVE,LLC D/B/A SMOOTHIE SPOT KENDALL DRIVE C/O LAW OFFICE OF CYNTHIA R. VEGA PLLC, 5104 SW 131 AVENUE, MIAMI, FL 33175**.

I, SIMON RAYMOND VELA, do hereby affirm that on the **27th day of July, 2022** at **11:55 am, I:**

Effected Corporate Service by delivering a true copy of SUMMONS IN A CIVIL ACTION and COMPLAINT with the date and hour of service endorsed thereon by me, at the within named Registered Agent's/Officer's usual place of abode, to a person residing therein who is 15 years of age or older to wit: **MARIA JOSE SS KENDALVEGA as MOTHER/ CO-RESIDENT** at the address of **5104 SW 131 AVENUE, MIAMI, FL 33175** and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3)(b)

**Additional Information pertaining to this Service:**
7/27/2022  11:55 am  Attempted service at 5104 SW 131 AVENUE, MIAMI, FL 33175 Served on Maria Jose Vega, athorized.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**SIMON RAYMOND VELA**
#2343

**Lindsay Legal Services, Inc**
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2022001659