**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-22289

JUAN CARLOS GIL,

       Plaintiff,

v.

EL TABLON INVESTMENTS, INC.,
MILLER'S ALE HOUSE, INC. D/B/A
MILLER'S KENDALL ALE HOUSE,
and SS KENDALL DRIVE, LLC D/B/A
SMOOTHIE SPOT KENDALL DRIVE,

       Defendants.

_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Parties and Corporate Disclosure:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

       Juan Carlos Gil (Plaintiff)

       Garcia-Menocal & Perez, P.L. (Counsel for Plaintiff)

       Anthony J. Perez, Esq. (Counsel for Plaintiff)

       Beverly Virues, Esq. (Counsel for Plaintiff)

       Gene Mattera, ADA-Expert, Inc. (Plaintiff's Expert)

       Howard J. Schneider, C.P.A., A.B.V., C.V.A., C.F.F.A. (Plaintiff's Expert)

1

El Tablon Investments, Inc. (Defendant)

Diego Saieh (President and Director of Defendant, El Tablon Investments, Inc.)

Ana Nazar Saieh (Director of Defendant, El Tablon Investments, Inc.)

Miguel Carter (Vice President and Director of Defendant, El Tablon Investments, Inc.)

Nelson Campos (Vice President of Defendant, El Tablon Investments, Inc.)

Felipe Frias (Vice President of Defendant, El Tablon Investments, Inc.)

Francisco Tagle (Secretary of Defendant, El Tablon Investments, Inc.)

Miller's Ale House, Inc. (Defendant)

Raymond Holden (President of Defendant, Miller's Ale House, Inc.)

Michael Blair (Vice President and Treasurer of Defendant, Miller's Ale House, Inc.)

Thomas Archer (Secretary and Vice President of Defendant, Miller's Ale House, Inc.)

John Bettin (Chief Executive Officer of Defendant, Miller's Ale House, Inc.)

SS Kendall Drive, LLC (Defendant)

Phat Investments, LLC (Manager of Defendant, SS Kendall Drive, LLC)

Kendall Drive JD, LLC (Manager of Defendant, SS Kendall Drive, LLC)

2.      The name of every other entity whose publicly-traded stock, equity, or debt may  be substantially affected by the outcome of the proceedings:

None other than the Defendants.

3.      The name of every other entity which is likely to be an active participant in the proceedings,  including the debtor and members of the creditors' committee (or if no creditors'

2

committee the 20 largest unsecured creditors):

    None other than the Defendants.

4.    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Juan Carlos Gil (Plaintiff)

5.    Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this August 4, 2022.

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    4937 SW 74th Court
    Miami, FL  33155
    Telephone: (305)553-3464
    Facsimile: (305) 553-3031
    Primary Email:  ajperez@lawgmp.com
    Secondary Email: dperaza@lawgmp.com;
    dramos@lawgmp.com

    By: _/s/ Anthony J. Perez_
        ANTHONY J. PEREZ
        Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 4, 2022, the foregoing document is being served on all counsel of record.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**

*Attorneys for Plaintiff*
4937 SW 74th Court
Miami, FL  33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary Email:  ajperez@lawgmp.com
Secondary Email: dperaza@lawgmp.com;
dramos@lawgmp.com


By*:   /s/ Anthony J. Perez*
   ANTHONY J. PEREZ
   Florida Bar No.: 535451