UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22289-XXXX

JUAN CARLOS GIL,

    Plaintiff,

v.

EL TABLON INVESTMENTS, INC. et al.,

    Defendants.

_____/

## DEFENDANT MILLER'S ALE HOUSE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Miller's Ale House, Inc. ("Defendant"), moves for an extension of time to submit its response to Plaintiff's Complaint. Undersigned counsel is authorized to advise the Court that Plaintiff does not oppose the requested extension of time. In support of the motion, Defendant states as follows:

1. Defendant is due to respond to the Complaint on August 15, 2022.

2. Undersigned counsel was recently engaged to represent Defendant.

3. Defendant is diligently investigating the factual assertions in the Complaint but has not had sufficient time to complete its investigation such that Defendant may respond to the factual assertions in the Complaint and prepare its defenses by August 15, 2022.

4. Moreover, Plaintiff's counsel has advised that the property at issue was recently purchased by a different company and, accordingly, Plaintiff intends amending the complaint to name the current owner as a defendant either in addition to or in place of named defendant, El Tablon Investments, Inc. To avoid having to potentially respond to the complaint twice, Defendant

*Gil v. El Tablon Investments, Inc., et al.*
Case No. 1:22-cv-22289-XXXX
Defendant Miller's Ale House's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint

requests an extension of time until 14 days after the amended complaint has been filed to file its response to the complaint/amended complaint.

5. Defendant understands that Plaintiff intends to file the amended the complaint before the end of the current week, ending August 19, 2022.

6. Good cause exists to extend the time within which Defendant may respond to the Complaint up to and including 14 days after Plaintiff files an amended complaint to name the current owner of the property as a defendant.

7. Defendant makes this request in good faith and not for purposes of undue delay.

8. <u>Certificate of Compliance:</u> Defendant's counsel has conferred with Plaintiff's counsel, who has agreed to an extension of time for Defendant to file its responses to the Complaint, so that the report will be filed on or before 14 days after Plaintiff files an amended complaint to name the current owner of the property as a defendant.

WHEREFORE, Defendant Miller's Ale House respectfully requests that this Court enter an order granting its unopposed motion for an extension of time up to and including 14 days after Plaintiff files an amended complaint to name the current owner of the property as a defendant, within which to file its answer and defenses to the Complaint as amended.

    Respectfully submitted,

    FORD**HARRISON**$^{LLP}$

    */s/ Merry E. Lindberg*
    Merry E. Lindberg
    Florida Bar No.: 308102
    mlindberg@fordharrison.com
    1450 Centrepark Blvd., Suite 325
    West Palm Beach, FL 33401
    T (561) 345-7400 | F (561) 345-7501

*Gil v. El Tablon Investments, Inc., et al.*
Case No. 1:22-cv-22289-XXXX
Defendant Miller's Ale House's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint

Todd S. Aidman, Esq.
Florida Bar No. 173029
taidman@fordharrison.com
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
T (813) 261-7800

*Attorneys for Defendant,*
*Miller's Ale House, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to counsel of record: Anthony Perez, Esq., Garcia-Menocal & Perez, P.L.  (ajperez@lawgmp.com), counsel for Plaintiff.

*/s/ Merry E. Lindberg*
Merry E. Lindberg
Fla. Bar 308102
