UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22289-JEM

JUAN CARLOS GIL,

    Plaintiff,

v.

EL TABLON INVESTMENTS, INC. et al.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Juan Carlos Gil, and Defendant, Miller's Ale House, Inc. (collectively, the Parties), by and through their undersigned counsel, hereby notify the Court that the Parties have settled the claims asserted in Count II, only, of the Complaint concerning Miller's Ale House and landlord. The Parties expect to file a stipulation of dismissal with prejudice of Count II, only, of the Complaint within thirty (30) days. The Parties should not be required to file any further responses, motions, and/or pleadings as to Count II, only, of the Complaint. In all other respects, the remaining counts of the Complaint, Counts I and III, will remain in full force and effect as to the claims set forth therein.

    Respectfully submitted,

| | |
|---|---|
| GARCIA-MENOCAL & PEREZ, P.L. | FORD & HARRISON, LLP |
| By: /s/ *Anthony J. Perez* | By: /s/ *Merry E. Lindberg* |
| Anthony J. Perez, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 535451 | Florida Bar No.: 308102 |
| ajperez@lawgmp.com | mlindberg@fordharrison.com |
| 4937 S.W. 74th Court | 1450 Centrepark Blvd, Suite 325 |
| Miami, FL 33155 | West Palm Beach, FL 33401 |
| Telephone: (305) 553-3464 | Telephone: (561) 345-7505 |

*Attorneys for Plaintiff*

*Gil v. Miller's Ale House*
Case No. 1:22-cv-22289-JEM
Joint Notice of Settlement

                          Todd S. Aidman, Esq.
                          Florida Bar No. 173029
                          Email: taidman@fordharrison.com
                          101 E. Kennedy Blvd., Suite 900
                          Tampa, Florida 33602
                          Telephone: (813) 261-7800

                          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                          /s/ *Merry E. Lindberg*
                          Merry E. Lindberg, Esq.