UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22289-CIV-MARTINEZ/BECERRA

JUAN CARLOS GIL,

    Plaintiff,

v.

EL TABLON INVESTMENTS, INC, *et al.*,

    Defendants.
_____/

## ORDER STRIKING NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court *sua sponte*. On August 19, 2022, Plaintiff and Defendant Miller's Ale House, Inc. jointly filed a Notice of Settlement as to Count II only. (ECF No. 10). They indicated they would file a stipulation of dismissal as to Count II within thirty days.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), "the plaintiff may dismiss *an action* without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). The Eleventh Circuit has held that a stipulation of dismissal is invalid where it seeks to dismiss some claims, but not the entire action. *See Perry v. Schumacher Grp. of La.*, 891 F.3d 954, 957–58 (11th Cir. 2018). Therefore, the parties' dismissal of Count II only is procedurally improper. Instead, should Plaintiff wish to drop one of its claims, it must file an Amended Complaint that eliminates that claim and all allegations pertaining to the same. For the foregoing reasons, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Notice of Settlement, (ECF No. 10), is **STRICKEN**.
2. Plaintiff is permitted to file an Amended Complaint in compliance with this Order **no later than August 26, 2022**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of August 2022.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record