**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

**Case No. 22-cv-22289-JEM**

JUAN CARLOS GIL,

    *Plaintiff*,

v.

WG KENDALL OWNER, LLC,
and SS KENDALL DRIVE LLC D/B/A
SMOOTHIE SPOT KENDALL DRIVE,

    *Defendants*.

_____/

**Answer and Affirmative Defenses of WG Kendall Owner, LLC,
and SS Kendall Drive LLC d/b/a Smoothie Spot Kendall Drive**

Defendants, WG Kendall Owner, Inc. ("Owner") and SS Kendall Drive LLC d/b/a Smoothie Spot Kendall Drive ("Smoothie Spot"), by and through its undersigned counsel for their Answer and Affirmative Defenses to Plaintiff's Amended Complaint, state as follows:

1. Defendants admit that paragraph 1 of Plaintiff's Amended Complaint attempts to allege claims as stated in paragraph 1; however, Defendants specifically deny that Plaintiff is entitled to any of the relief alleged.

2. Defendants admit the court has jurisdiction over the parties.

3. Defendants admit the court has jurisdiction; however Defendants specifically deny Plaintiff's entitlement to any declaration of rights as alleged.

4. Denied for lack of knowledge.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Defendants admit that venue is proper in this court. Except as expressly admitted the allegations of paragraph 11 are denied.

10. Denied.

11. Denied.

12. Admitted.

13. Denied for lack of knowledge.

14. Denied.

15. Admitted.

16. Denied.

17. Denied for lack of knowledge.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

<u>Count 1 – ADA Violations as to WG Kendall Owner, LLC – Common areas</u>

25. Defendants reallege its answers to paragraphs 1 through 24.

26. Defendants cannot admit or deny the allegations of paragraph 26, including all subparts.

### Count 2 – ADA Violations as to Defendants WG Kendall Owner, LLC, and SS Kendall Drive, LLC d/b/a Smoothie Spot Kendall Drive – Interior

27. Defendants reallege its answers to paragraphs 1 through 24.

28. Denied, including all subparts of this paragraph.

### Plaintiff's Relief Sought and the Basis

29. Defendant denies that Plaintiff is entitled to the relief requested and has not alleged an adequate basis for the relief requested in this paragraph.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

### Affirmative Defenses

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff lacks standing because the Plaintiff was not deterred from visiting the premises, nor can Plaintiff establish intent to visit the premises in the future.

3. Defendants have provided adequate access to the premises by persons with disabilities by using such methods such as customer service and employees are trained to assist persons with disabilities.

4. Plaintiff's requested relief and modifications, if any, would impose an undue burden on the Defendants.

5. Plaintiff has failed to allege what specific modifications or alterations he claims are necessary to allegedly make the premises ADA compliant.

6. Defendants have satisfied the maximum extent feasible standard.

WHEREFORE, Defendants, Owner and Smoothie Spot, respectfully request that Plaintiff's Amended Complaint be dismissed, and prays for its costs and attorney's fees as allowed.

Dated this 13th day of September, 2022.

                    Respectfully submitted,

                    /s/ *Domingo C. Rodriguez*

Domingo C. Rodriguez, Esq. (F.B.N. 394645)
*Counsel for Defendants Smoothie Spot Kendall Drive and El Tablon Investments, Inc.*
Rodriguez Law Office, LLC
95 Merrick Way, Suite 720
Coral Gables, FL 33134
Domingo@rlomiami.com
P: 305 774-1477
F (305) 774-1075

Anthony J. Perez, Esq.
*Counsel for Plaintiff*
Garcia-Menocal & Perez, P.L.
4937 SW 74 Court
Miami, FL 33155
P: 305-553-3464