UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  1:22-cv-22289-JEM

JUAN CARLOS GIL,

      Plaintiff,

v.

WG KENDALL OWNER, LLC,
and SS KENDALL DRIVE LLC D/B/A
SMOOTHIE SPOT KENDALL DRIVE,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

     Plaintiff, JUAN CARLOS GIL, and Defendant, SS KENDALL DRIVE LLC D/B/A SMOOTHIE SPOT KENDALL DRIVE, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this October 27, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Domingo C. Rodriguez* |
| ANTHONY J. PEREZ | DOMINGO C. RODRIGUEZ |
| Florida Bar No. 535451 | Florida Bar No. 394645 |
| GARCIA-MENOCAL & PEREZ, P.L. | RODRIGUEZ LAW OFFICE, LLC |
| 4937 S.W. 74th Court | 95 Merrick Way, Suite 720 |
| Miami, FL 33155 | Coral Gables, FL 33134 |
| Telephone: (305) 553- 3464 | Telephone: (305) 774-1477 |
| Email:  ajperez@lawgmp.com | E-Mail:  Domingo@rlomiami.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, SS KENDALL DRIVE LLC D/B/A SMOOTHIE SPOT KENDALL DRIVE* |

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 27, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ

2