**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-22289-JEM

JUAN CARLOS GIL,

  Plaintiff,

v.

WG KENDALL OWNER, LLC,
and SS KENDALL DRIVE LLC D/B/A
SMOOTHIE SPOT KENDALL DRIVE,

  Defendants.

_____/

## <u>JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE</u>

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, SS KENDALL DRIVE LLC

D/B/A SMOOTHIE SPOT KENDALL DRIVE ("Defendant"), by and through undersigned

counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE

AND AGREE that this matter has been settled and to the immediate dismissal of this action with

prejudice, with each party to bear its own attorney's fees and costs except as indicated in the

settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on October 28, 2022.

/s/ *Anthony J. Perez*        /s/ *Domingo C. Rodriguez* _____
ANTHONY J. PEREZ         DOMINGO C. RODRIGUEZ
Florida Bar No. 535451        Florida Bar No. 394645
GARCIA-MENOCAL & PEREZ, P.L.    RODRIGUEZ LAW OFFICE, LLC
4937 S.W. 74th Court         95 Merrick Way, Suite 720
Miami, FL 33155          Coral Gables, FL 33134
Telephone: (305) 553- 3464      Telephone: (305) 774-1477
Email:  ajperez@lawgmp.com      E-Mail:  Domingo@rlomiami.com
*Counsel for Plaintiff*         *Counsel for Defendant, SS KENDALL DRIVE LLC*
               *D/B/A SMOOTHIE SPOT KENDALL DRIVE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 28, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  dperaza@lawgmp.com;
dramos@lawgmp.com


By: ___*/s/  Anthony J. Perez*_____
ANTHONY J. PEREZ
Florida Bar No.: 535451

2