UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-22289-CIV-MARTINEZ**

JUAN CARLOS GIL,

      Plaintiff,

v.

WG KENDALL OWNER, LLC,
and SS KENDALL DRIVE LLC D/B/A
SMOOTHIE SPOT KENDALL DRIVE,

      Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, (ECF No. 32).  It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of February, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record